F I L E D

FEB **2 1** 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-63146 |
| THE QUAY CORPORATION, INC., | ) | |
| | ) | |
| Debtor/Debtor-In-Possession. | ) | Chapter 11 |
| | ) | |
| THE QUAY CORPORATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Adversary No. 07 A 00577 |
| | ) | |
| LOS GALANES SUPERMARKET, INC., et al | ) | Honorable Jack B. Schmetterer, |
| | ) | Bankruptcy Judge |
| Defendant. | ) | |

**AMENDED
RECOMMENDED FINDINGS OF FACT
AND CONCLUSIONS OF LAW**
(Non-Core)

Following entry of a Default Order, the Court makes and orders to be entered the

following Recommended Findings of Fact and Conclusions of Law:

**FINDINGS OF FACT**

1.      On October 18, 2005, the Debtor filed its voluntary petition for relief under

Chapter 11 of the Bankruptcy Code.

2.      On June 22, 2007 the Plaintiff filed its Complaint against the Defendant

under Sections 105 and 542 of the Bankruptcy Code seeking to recover $16,621.49

from the Defendant.

3.      The Plaintiff supplied Defendant with goods between April, 2006

and March, 2007 for which Defendant agreed to pay the Debtor.

-1-

**08cv1064
JUDGE DARRAH
MAG.JUDGE MASON**

4.    After credits due to Defendant for payments and returns, there remains a balance due to the Plaintiff for the outstanding invoices of $16,621.49.

5.    The Plaintiff has made demand for payment.

6.    Defendant has failed and refused to pay the amount owed in response to the demands.

7.    The Plaintiff has fully performed all of its obligations and responsibilities required under the agreement.

8.    Any findings of fact that are actually conclusions of law shall be treated as conclusions of law.

## CONCLUSIONS OF LAW

This Court has related jurisdiction over the Complaint and pursuant to 28 U.S.C. Sections 1334 and 157 and pursuant to Article VIII, Section 8.9 and Article XI, Section 11.1 of the Debtor's Second Amended Plan of Reorganization.

1.    The Complaint and the matters arising thereunder are related proceedings.

2.    Venue is proper in this Court pursuant to 28 U.S.C. Section 1409.

3.    This adversary proceeding is brought pursuant to Rule 7001 of the Federal Rules of Bankruptcy procedure.

5.    The Plaintiff is entitled to a judgment against the Defendant in the amount of $16,621.49.

6.    The Defendant has failed and refused to pay the amount due to the Plaintiff.

-2-

7.    Pursuant to Section 542(b) of the Bankruptcy Code the Plaintiff is entitled to payment from the Defendant of the amount due of $16,621.49.

8.    Any conclusions of law that are actually findings of fact shall be treated as findings of fact.

DATE:  February 5, 2008            ENTER:

                                                          JUDGE

-3-

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on February 5, 2008, I caused to be mailed by United States first

class mail copies of the foregoing Amended Recommended Findings of Fact and Conclusions of

Law to the following:


Jeffrey C. Dan, Esq.
David K. Welch, Esq.
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, IL 60603-4297
Counsel for Plaintiff

Office of the U.S. Trustee
Suite 3350
227 W. Monroe Street
Chicago IL 60606

Los Galanes Supermarket, Inc.
c/o Registered Agent
Antonio Garcia
2693 South Main Street
Elkhart, IN 46517
Defendant


_Dorothy Clay_
Secretary/Deputy Clerk

**08cv1064**
# JUDGE DARRAH
# MAG.JUDGE MASON

**CLOSED**

## U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
### Adversary Proceeding #: 07-00577
#### Internal Use Only

*Assigned to:* Honorable Judge Jack B. Schmetterer
*Related BK Case:* 05-63146
*Related BK Title:* The Quay Corporation, Inc.
*Related BK Chapter:* 11
*Demand:* $27000
*Nature[s] of* 11 Recovery of money/property -
*Suit:* 542 turnover of property

*Date Filed:* 06/22/07
*Date Terminated:* 11/29/07

# FILED

FEB 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Plaintiff

**The Quay Corporation, Inc.**
Tax id: 36-3219222



V.

represented by **Jeffrey C Dan**
Crane Heyman Simon Welch &
Clar
135 S Lasalle St Ste 3705
Chicago, IL 60603
312 641-6777
Fax : 312 641-7114
Email: jdan@craneheyman.com
*LEAD ATTORNEY*

### Defendant

**Los Galanes Supermarket, Inc
d/b/a Los Galanes Fresh Market**

represented by **Los Galanes Supermarket, Inc
d/b/a Los Galanes Fresh Market**
PRO SE

**Grand Mart**

represented by **Grand Mart**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 06/22/2007 | ◑1 | Adversary case 07-00577. (11 (Recovery of money/property - 542 turnover of property)): Complaint by The Quay Corporation, Inc. against Los Galanes Supermarket, Inc d/b/a Los Galanes Fresh Market. Fee Amount $250. Status hearing to be held on 8/2/2007 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Dan, Jeffrey) (Entered: 06/22/2007) |
| 06/22/2007 | ◑2 | Summons Link Summons Issued on Los Galanes Supermarket, Inc d/b/a Los Galanes Fresh Market Answer Due 07/23/2007 (Dan, Jeffrey) (Entered: 06/22/2007) |
| 06/22/2007 | 3 | Receipt of Complaint(07-00577) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 7153756. Fee Amount $ 250.00 (U.S. Treasury) (Entered: 06/22/2007) |
| 06/22/2007 | ◑4 | Alias Summons Issued on Los Galanes Supermarket, Inc d/b/a Los Galanes Fresh Market Date Issued 6/22/2007, Answer Due 7/23/2007 (RE: [2] Summons Issued). Status hearing to be held on 8/2/2007 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Epps, Wanda) (Entered: 06/25/2007) |
| 07/03/2007 | ◑5 | Summons Service Executed on The Quay Corporation, Inc. 6/22/2007 (RE: 4 Alias Summons Issued, ). (Dan, Jeffrey) (Entered: 07/03/2007) |
| 08/02/2007 | ◑6 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 8/23/2007 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Smith, Deborah) (Entered: 08/02/2007) |
| 08/24/2007 | ◑7 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 9/20/2007 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Smith, Deborah) (Entered: 08/24/2007) |
| 09/20/2007 | ◑8 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 10/16/2007 at 10:30 AM at 219 South Dearborn, |

| | | |
|---|---|---|
| | | Courtroom 682, Chicago, Illinois 60604. (Smith, Deborah) (Entered: 09/20/2007) |
| 10/16/2007 | 9 | Hearing Continued Status hearing to be held on 10/30/2007 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Smith, Deborah) (Entered: 10/16/2007) |
| 10/23/2007 | 10 | Notice of Motion and Motion for Default Judgment against Los Galanes Supermarket, Inc. and in favor of The Quay Corporation, Inc. in the amount of $16,621.49 Filed by Jeffrey C Dan on behalf of The Quay Corporation, Inc.. Hearing scheduled for 10/30/2007 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order) (Dan, Jeffrey) (Entered: 10/23/2007) |
| 10/23/2007 | 11 | Proposed Findings of Fact and Conclusions of Law Filed by Jeffrey C Dan on behalf of The Quay Corporation, Inc. (RE: 10 Motion for Default Judgment, ). (Dan, Jeffrey) (Entered: 10/23/2007) |
| 10/30/2007 | 12 | Hearing Continued Status hearing to be held on 11/13/2007 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Smith, Deborah) (Entered: 10/30/2007) |
| 10/30/2007 | 13 | Hearing Continued (RE: 10 Default Judgment). Hearing Scheduled for 11/13/2007 at 10:30 AM at Courtroom 682 219 South Dearborn, Chicago, IL, 60604. (Smith,Deborah) (Entered: 10/30/2007) |
| 11/13/2007 | 14 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 11/15/2007 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Smith, Deborah) (Entered: 11/13/2007) |
| 11/13/2007 | 15 | Order of Default against Los Galanes Supermarket Inc (RE: 10 Motion for Default Judgment, ). Signed on 11/13/2007 (Epps, Wanda) (Entered: 11/14/2007) |
| 11/26/2007 | 16 | Recommended Finding of Facts and Conclusions of Law . |

| | | |
|---|---|---|
| | | (Epps, Wanda) Modified on 1/24/2008 to include with certificate of service (Camacho, Marilyn). (Entered: 11/29/2007) |
| 11/29/2007 | ❑17 | Adversary Case 1-07-ap-577 Closed . (Epps, Wanda) (Entered: 11/29/2007) |
| 02/05/2008 | ❑18 | AMENDED Recommended Finding of Facts and Conclusions of Law Pursuant to Rule 9033 (non-core). And Certificate of Service. Objections due by 2/15/2008 for Los Galanes Supermarket, Inc d/b/a Los Galanes Fresh Market Transmission Due by 2/19/2008. (Cabrales, Claudia) (Entered: 02/06/2008) |