# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
**Kenneth S. Gardner**, Bankruptcy Clerk



**F I L E D**

FEB 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date:    02/21/2008

To:    Michael Dobbins, Clerk
United States District Court
219 South Dearborn Street
Chicago, IL 60604

RE:    Bankruptcy Case Number:        05 B 63146

Debtor:        The Quay Corporation Inc

Adversary Case Number:        07 A 0577

Plaintiff:        The Quay Corporation Inc

Defendant:        Los Galanes Supermarket Inc et al

Pursuant to Rule 9033 (d) of the Bankruptcy Rules of Procedure, transmitted herewith is:

[✓]    Proposed Findings of Fact and Conclusions of Law

[ ]    Objections

[ ]    Responses

[ ]    Transcript of Record

[ ]    Designation of Record with Record included

[✓]    Other    CERTIFIED COPY OF DOCKET

## 08cv1064
## JUDGE DARRAH
## MAG.JUDGE MASON

Wanda Epps

Case Administrator

cc: Bankruptcy Judge