IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>THE QUAY CORPORATION, INC.,<br><br>    Debtor/Debtor-in-Possession.<br>_____<br>THE QUAY CORPORATION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LOS GALANES SUPERMARKET, INC., et al<br><br>    Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | Case No.  05-63146<br><br><br>Chapter 11<br><br><br><br><br>Adversary No.  07 A 00577<br><br>Honorable Jack B. Schmetterer,<br>Bankruptcy Judge |

## DEFAULT ORDER

AT CHICAGO, ILLINOIS, this said District and Division, before the HONORABLE JACK B. SCHMETTERER, Bankruptcy Judge, on this _____ day of November, 2007:

THIS MATTER COMING TO BE HEARD upon the Motion of THE QUAY CORPORATION, INC., Debtor/Debtor-in-Possession and Plaintiff herein ("Plaintiff"), for entry of default judgment against LOS GALANES SUPERMARKET, INC., Defendant herein; proper notice of the motion having been provided; the Plaintiff having filed a Complaint seeking a recovery under Section 105 and 542 of the Bankruptcy Code against the Defendant; the Defendant having been served with the Summons and Complaint; the Defendant having failed to timely answer or otherwise plead to the Complaint as required by Rule 7012(a) of the Federal Rules of Bankruptcy Procedure; this Court finding that it has jurisdiction of this Adversary Proceeding pursuant to 28 U.S.C. Sections 1334 and 157, 11 U.S.C. Sections 105 and 542, Rule 7001 of the Federal Rules of Bankruptcy Procedure and Article VIII, Section 8.9 and Article XI,



EXHIBIT

A

Section 11.1 of the Debtor's Second Amended Plan of Reorganization; this Court

finding that venue for this Adversary Proceeding is properly in this Court pursuant to 28

U.S.C. Section 1409; and this Court being fully advised in the premises.

It is hereby ordered that the Defendant, LOS GALANES SUPERMARKET, INC.,

is in default for failure to file an answer. All allegations of the Complaint are taken as

confessed against the Defendant.

DATE:    11/13/07

ENTER:

JUDGE

NOV 13 2007

**DEBTOR/PLAINTIFF'S COUNSEL:**
DAVID K. WELCH, ESQ.   (Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.   (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777