IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 05-63146 |
| THE QUAY CORPORATION, INC., ) | |
| ) | |
| Debtor/Debtor-in-Possession. ) | Chapter 11 |
| ) | |
| THE QUAY CORPORATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Adversary No. 07 A 00577 |
| ) | |
| LOS GALANES SUPERMARKET, INC., et al ) | Honorable Jack B. Schmetterer, |
| ) | Bankruptcy Judge |
| Defendant. ) | |

**AMENDED
RECOMMENDED FINDINGS OF FACT
AND CONCLUSIONS OF LAW**
(Non-Core)

Following entry of a Default Order, the Court makes and orders to be entered the following Recommended Findings of Fact and Conclusions of Law:

**FINDINGS OF FACT**

1. On October 18, 2005, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On June 22, 2007 the Plaintiff filed its Complaint against the Defendant under Sections 105 and 542 of the Bankruptcy Code seeking to recover $16,621.49 from the Defendant.

3. The Plaintiff supplied Defendant with goods between April, 2006 and March, 2007 for which Defendant agreed to pay the Debtor.

-1-


EXHIBIT B

4. After credits due to Defendant for payments and returns, there remains a balance due to the Plaintiff for the outstanding invoices of $16,621.49.

5. The Plaintiff has made demand for payment.

6. Defendant has failed and refused to pay the amount owed in response to the demands.

7. The Plaintiff has fully performed all of its obligations and responsibilities required under the agreement.

8. Any findings of fact that are actually conclusions of law shall be treated as conclusions of law.

## CONCLUSIONS OF LAW

This Court has related jurisdiction over the Complaint and pursuant to 28 U.S.C. Sections 1334 and 157 and pursuant to Article VIII, Section 8.9 and Article XI, Section 11.1 of the Debtor's Second Amended Plan of Reorganization.

1. The Complaint and the matters arising thereunder are related proceedings.

2. Venue is proper in this Court pursuant to 28 U.S.C. Section 1409.

3. This adversary proceeding is brought pursuant to Rule 7001 of the Federal Rules of Bankruptcy procedure.

5. The Plaintiff is entitled to a judgment against the Defendant in the amount of $16,621.49.

6. The Defendant has failed and refused to pay the amount due to the Plaintiff.

-2-

7. Pursuant to Section 542(b) of the Bankruptcy Code the Plaintiff is entitled to payment from the Defendant of the amount due of $16,621.49.

8. Any conclusions of law that are actually findings of fact shall be treated as findings of fact.

DATE: February 5, 2008              ENTER: _____
                                            JUDGE

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on February 5, 2008, I caused to be mailed by United States first class mail copies of the foregoing Amended Recommended Findings of Fact and Conclusions of Law to the following:

Jeffrey C. Dan, Esq.
David K. Welch, Esq.
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, IL 60603-4297
Counsel for Plaintiff

Los Galanes Supermarket, Inc.
c/o Registered Agent
Antonio Garcia
2693 South Main Street
Elkhart, IN 46517
Defendant

Office of the U.S. Trustee
Suite 3350
227 W. Monroe Street
Chicago IL 60606

_____
Secretary/Deputy Clerk