IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE QUAY CORPORATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-01064 |
| ) | |
| LOS GALANES SUPERMARKET, INC., et al ) | Honorable John W. Darrah |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Los Galanes Supermarket, Inc.
      c/o Registered Agent
      Antonio Garcia
      2693 S. Main Street
      Elkhart, IN 46517

PLEASE TAKE NOTICE that on the 17th day of June, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable John W. Darrah, District Court Judge, in room 1203 of the United States District Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Entry of Default Judgment**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 10th day of June, 2008, before the hour of 5:00 p.m.

/s/Jeffrey C. Dan