4C

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
| **CASE NUMBER** | 08 C 1064 | **DATE** | 6/17/2008 |
| **CASE TITLE** | The Quay Corp., Inc. vs. Los Galanes Supermarket, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for entry of default judgment and order is granted [5]. Enter Default Judgment and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | MF |

U.S. DISTRICT COURT
2008 JUN 19 AM 4:33
FILED-ED1