IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE QUAY CORPORATION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:08-cv-01064 |
| LOS GALANES SUPERMARKET, INC., et al | ) Honorable John W. Darrah |
| Defendant. | ) |

### DEFAULT JUDGMENT AND ORDER

AT CHICAGO, ILLINOIS, this said District and Division, before the HONORABLE John W. Darrah, Judge, on this 17th day of June, 2008:

THIS MATTER COMING TO BE HEARD upon the Motion of THE QUAY CORPORATION, INC., Plaintiff herein ("Plaintiff"), for entry of default judgment against LOS GALANES SUPERMARKET, INC., Defendant herein; proper notice of the motion having been provided; the bankruptcy Court having previously found the Defendant in Default and entering Amended Recommended Findings of Fact and Conclusions of Law; and this Court being fully advised in the premises;

NOW, THEREFORE, JUDGMENT is hereby entered in favor of the Plaintiff and against the Defendant in the amount of $16,621.49 plus interest to the date of payment of this Default Judgment by the Defendant.

DATE: 6-17-08                    ENTER: _____
                                         JUDGE